

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. PD-1067-15

### EX PARTE JAMES RICHARD "RICK" PERRY, Appellant

### ON APPELLANT'S AND STATE'S PETITIONS FOR DISCRETIONARY REVIEW FROM THE THIRD COURT OF APPEALS
### TRAVIS COUNTY

*Per curiam.*

### ORDER

The Appellant's and State's petitions for discretionary review have been granted in this cause. The parties' briefs are due on October 21st, 2015, and no extensions of time will be entertained. Oral argument will be held on November 4th, 2015, at 9 a.m. The Court will hear each petition separately, with Appellant's petition set for argument first. Each side will be allowed thirty minutes for argument for each petition.

Filed: October 7, 2015
Do not publish